# NOTICE OF REMOVAL

**FROM:**

## DUNN COUNTY CIRCUIT COURT
## Docket No 18-CM-322

**TO:**

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN STATE
## FEDERAL CASE NO: 19   CV   616   JDP

**FOR CAUSE:**

Violation of Due Process[1]

**AUTHORITY:**

United States Constitution Article III Section 2: The judicial power shall extend to all cases, in law and equity, arising under this Constitution,…

Notice is hereby given that I, Joel C. Nadler in the above named case hereby move to the United States District Court for the Western District of Wisconsin State for cause.

Joel C. Nadler, in pro per
E 6650 870th Ave.
Colfax, Wisconsin 54730

---

[1] Bill of Rights Amendment V: *No person shall be deprived of life, liberty, or property, without due process of law*; And, Bill of Rights Amendment VII: *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved,*

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN STATE
### • 120 N. Henry St., Madison, WI. 53703 •

Joel C. Nadler:

Plaintiff(s)

- against -

Andrew Maki, Andrea Nodolf, Jake Mack:

Defendant(s)

**JURISDICTION:** Court of Record[1]
under Natural Law[2]

Magistrate/Judge
Federal Case No. 19 CV 616 JD

**ACTION AT LAW[3]**

**REMOVAL FOR CAUSE[4]**

**ORIGINATING COURT:**    **DUNN COUNTY CIRCUIT** Court    Statutory Case No: 18-CM-322
615 Stokke Parkway Suite 1500
Menomonie, Wisconsin, 54751

Wisconsin State        )
                       ) SS[5]
Dunn County            )

Joel C. Nadler, a Natural Person[6] of Wisconsin State, hereinafter plaintiff, in this court of record, proceeding according to Natural Law hereby moves the above said court of origin to

---

[1] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial". Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[2] As distinguished from enacted positive law

[3] **AT LAW:** According to Natural Law independent of enacted law; by, for, or in law; particularly in distinction from that which is done in or according to equity - Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208

[4] **Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;...

[5] An affidavit uncontested unrebutted unanswered stands as truth. - United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982.

[6] **Soul** (people): People are supreme, not the state. - Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. - Hertado v. California, 100 US 516; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns

**MOVE FOR CAUSE**                                                                                    **PAGE 1 OF 4**

the above said federal district court for cause, pursuant to Article III Section 2 for violation of plaintiff's unalienable right of due process protected by the 5th and 7th Amendment.[7,8]

Whereas; Plaintiff sues Andrew Maki; Andrea Nodolf; and Jake Mack, hereinafter defendants, for reparations; plaintiff being a natural person preserve's jurisdiction stated above in a court of law that proceeds according to Natural Law independent of enacted law. As grounds in support of removal plaintiff states as follows:

1) Defendants, having no agreement with plaintiff, conspired[9] under color of law in a nisi prius[10] de facto[11] quasi[12] court not of record proceeding "in equity" and not at law[13] and

---

without subjects...with none to govern but themselves... - CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: "Persons" are of two kinds, natural and artificial. A natural person is a human being. Artificial persons include a collection or succession of natural persons forming a corporation; a collection of property to which the law attributes the capacity of having rights and duties. The latter class of artificial persons is recognized only to a limited extent in our law. Examples are the estate of a bankrupt or deceased person. Hogan v. Greenfield, 58 Wyo. 13, 122 P.2d 850, 853.

[7] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

[8] **Amendment VII:** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

[9] **18 USC 241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured  They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[10] **NISI PRIUS:** is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[11] **DE FACTO:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

[12] **QUASI:** Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227,

**MOVE FOR CAUSE**                                                                      **PAGE 2 OF 4**

did willfully injure, oppress, defraud and deprived[13] plaintiff his unalienable right[14] of due process, secured by the Bill of Rights, with the intent to proceed unlawfully carrying plaintiff away to jurisdictions unknown.

2) Defendants not being able to prove a claim and fiduciary authority over plaintiff necessary for a lawful seizure of body and/or property in a court of record conspired and devise a plan under the color of law to bypass plaintiff's unalienable right of "due process" in a court not of record in jurisdictions' unknown.

3) Defendants are fraudulently denying plaintiff's unalienable right of due process[15] in a court of record proceeding according to Natural Law protected by Amendments V and VII.

𝕎HEREFORE plaintiff moves this court for an order with prejudice commanding defendants to cease and desist from their unlawful scheme of extortion and restore the plaintiff to his original state, including compensation for court costs paid by plaintiff.

---

[12] AT LAW. [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

[13] 18 USC 242 Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[14] 42 USC 1983 Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,...

[15] "Law of the land," "due course of law," and "due process of law" are synonymous. People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.

MOVE FOR CAUSE                                                                              PAGE 3 OF 4

Plaintiff demands restitution as follows: Each defendant is to pay restitution to plaintiff in real money[16] in the amount posted on his property $5,000.00 per day [*face value*] each for violating plaintiff's unalienable right secured by the Bill of Rights. Plaintiff is not seeking prison sentences but only restitution as required by common law.

_____
Joel C. Nadler, in Pro Per

SEAL

## NOTARY

Wisconsin State, Dunn County on this 25 day of July 20 19 before me the subscriber, personally appeared Joel C. Nadler to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as their free will act and deed.

(Notary Seal)

NOTARY PUBLIC
ANGELA L. OLSON
STATE OF WISCONSIN

_____
Notary

Angela L. Olson
Notary Public - State of Wisconsin
My Commission Expires April 2, 2023

---

[16] **US CONSTITUTION ARTICLE I SECTION 10:** No state shall … make anything but gold and silver coin a tender in payment of debts.

**MOVE FOR CAUSE**                                                                 **PAGE 4 OF 4**